**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

JENNIFER MCELHENIE,

        Plaintiff,

   vs.

GO TO DRA LLC, JOE CAGLE, and
LOGAN LEWIS,

        Defendants.

Case No.: 2:20-cv-02247-MCE-DMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS, JOE CAGLE AND LOGAN LEWIS**

THIS CAUSE having come before the Court to consider, Plaintiff's, JENNIFER MCELHENIE, Response to Order to Show Cause and Request for Additional Time to Serve Defendants, Joe Cagle and Logan Lewis, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that the Order to Show Cause is hereby discharged and Plaintiff's Request for Additional Time to Serve Defendants, Joe Cagle and Logan Lewis is granted and it is **FURTHER ORDERED** that Plaintiff, and her counsel, are granted a retroactive extension of time, including sixty (60) additional days from the current date, through

ORDER DISCHARGING ORDER TO SHOW CAUSE
AND EXTENDING TIME FOR PLAINTIFF TO SERVE
DEFENDANTS, JOE CAGLE AND LOGAN LEWIS

August 5, 2022, to both serve Defendants, JOE CAGLE and LOGAN LEWIS, with the Summons

and Complaint and file proofs of service accordingly.

     IT IS SO ORDERED.

Dated: June 16, 2022

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2

ORDER DISCHARGING ORDER TO SHOW CAUSE
AND EXTENDING TIME FOR PLAINTIFF TO SERVE
DEFENDANTS, JOE CAGLE AND LOGAN LEWIS