1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER MCELHENIE, | Case No.: 2:20-cv-02247-MCE-DMC |
| Plaintiff, | **ORDER GRANTING DEFAULT JUDGMENT AND JUDGMENT** |
| vs. | |
| GO TO DRA LLC, JOE CAGLE, and LOGAN LEWIS, | |
| Defendants. | |

THIS CAUSE having come before the Court to consider, Plaintiff's, JENNIFER MCELHENIE, Motion for Default Judgment against Defendant, GO TO DRA, LLC, and upon consideration and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Default Judgment is granted and it is **FURTHER**

**ORDERED** that Plaintiff, JENNIFER MCELHENIE, recover from Defendant, GO TO DRA, LLC, the following amount plus any applicable interest:

$1,000.00 in statutory damages for violations of the FDCPA
$1,000.00 in statutory damages for violations of the RFDCPA
_____
$2,000.00 TOTAL

**IT IS SO ORDERED.**

Dated:  August 17, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE