UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCELHENIE,<br><br>           Plaintiff,<br><br>vs.<br><br>GO TO DRA LLC, JOE CAGLE, and LOGAN LEWIS,<br><br>           Defendants. | Case No.: 2:20-cv-02247-MCE-DMC<br><br>**ORDER GRANTING APPLICATION FOR TAXING OF COSTS AND AWARD OF ATTORNEY'S FEES** |

Having considered Plaintiff JENNIFER MCELHENIE'S unopposed Application for Taxing of Costs and Award of Attorney's Fees against Defendant, GO TO DRA, LLC, and good cause appearing therefor, Plaintiff's Application for Taxing of Costs and Award of Attorney's Fees (ECF No. 10) is GRANTED, in part.[1]   Plaintiff, JENNIFER MCELHENIE shall recover from Defendant, GO TO DRA, LLC, the following amount plus any applicable interest:

---

[1] Having considered the prevailing rates in this area, the Court determines that the appropriate hourly rate for attorney's fees in this matter should be $425.00 per hour as opposed to the $471.67 figure sought by Plaintiff, which brings allowable attorney's fees down from $4,575.20 to $4,122.50.  When added to the $384.00 requested for paralegal costs, that brings total allowable fees to $4506.50

1

$4,506,50 in attorney's fees
$   858.75 in costs
_____
$5,365.25 TOTAL

**IT IS SO ORDERED.**

Dated:  August 17, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE